UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTIN TUTSCHEK, derivatively on behalf of COCRYSTAL PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND F. SCHINAZI, et al., <br><br> Defendants. | C19-1775 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the parties' stipulation, docket no. 17, the claims against defendant Todd Brady are DISMISSED without prejudice. The Court concludes that notice to the shareholders of such dismissal is not required by Federal Rule of Civil Procedure 23.1(c). The stay is lifted for purposes of entering this Minute Order, but this matter otherwise remains stayed. *See* Order (docket no. 16).

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of June, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1